**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**v.**                            **CASE NO. 4:19-CR-00420-BSM-1**

**GLORIA CARDONA**                                                    **DEFENDANT**

**ORDER**

Gloria Cardona was transported by the United States Marshal Service to the Bill and Hillary Clinton National Airport on April 24, 2026, and ceded to the airline concierge's custody. Doc. No. 187. Cardona was then safely delivered to her family in Arizona. The government's sealed motion [Doc. No. 183] is therefore granted, and the indictment against Cardona is dismissed without prejudice.

IT IS SO ORDERED this 11th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE